| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 2 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RONALD SATISH EMRIT,

    Plaintiff - Appellant,

v.

ELON MUSK; et al.,

    Defendants - Appellees.

No. 25-1640

D.C. No. 1:25-cv-00008-TJC
District of Montana, Billings

ORDER

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

This court has reviewed the March 7, 2025 notice of appeal and the district court record pursuant to the pre-filing review order entered in appeal No. 15-80221.

Because this court lacks jurisdiction over this appeal, it will not be permitted to proceed. *See* 28 U.S.C. § 1291; *see also In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 25-1640 is therefore dismissed.

This order, served on the district court for the District of Montana, constitutes the mandate of this court.

No further filings will be entertained.

**DISMISSED.**